**RICHARD A. HARRIS, ESQ.**
Nevada State Bar No. 505
**JOSHUA HARRIS, ESQ.**
Nevada State Bar No. 9580
RICHARD HARRIS LAW FIRM
801 S FOURTH ST.
LAS VEGAS NV 89101
Ph: (702) 444-4392
Fax: (702) 444-4455
Email: josh@richardharrislaw.com
 Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| **CHRISTOPHER J. ROBERTSON**, | Case No. 2:19-cv-01202-KJD-GWF |
| Plaintiff, | |
| | FIRST STIPULATION FOR EXTENSION OF TIME TO FILE MOTION FOR REMAND |
| vs. | |
| **COMMISSIONER of Social Security** | |
| Defendant. | |

Comes now Plaintiff, by and through his attorney, RICHARD HARRIS, ESQ., and requests a thirty (30) business day extension of time, to file the **MOTION TO FOR REMAND,** up to and including December 23, 2019.

Plaintiff's current deadline to file the **MOTION FOR REMAND** is November 21, 2019.

The Appellate Attorney Writer has multiple other briefs due the same day, necessitating this extension.

Via email, opposing counsel agreed to the Request and has no objection to the extension.

/ / /

It is therefore respectfully requested that Plaintiff be granted a thirty (30) business day extension of time to file the **MOTION FOR REMAND** up to and including December 23, 2019.

DATED this 19th day of November, 2019.

/s/ Joshua Harris
**JOSHUA HARRIS, ESQ.**
Nevada State Bar No. 9580
Richard Harris Law Firm
801 S Fourth St.
Las Vegas NV 89101
Ph: (702) 444-4392
Fax: (702) 444-4455
Email: josh@richardharrislaw.com
Attorney for Plaintiff

DATED this 19th day of November, 2019

**WYETH MCADAM**
/s/ *Wyeth McAdam*
Assistant Regional Counsel
U.S. Social Security Administration
Office of the General Counsel, Region IX
160 Spear Street, Suite 800
San Francisco, California 94105
Ph: (415) 977-8963
Fax: (415) 744-0134
email: wyeth.mcadam@ssa.gov
Attorneys for Defendant

IT IS SO ORDERED.

_____
United States Magistrate Judge

DATED: November 21, 2019